FLORENCE BREVOORT KANE, Respondent, v. EVELYN BURGER, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DOLORES ZITTEL, an Infant, by JOHN A. ZITTEL, Her Guardian ad Litem, and John A. ZITTEL, Respondents, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered in favor of plaintiff Dolores Zittel, an infant, by her guardian ad litem, to the sum of $2,172.70, and the judgment as entered in favor of plaintiff John A. Zittel to the sum of $500; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARIAN R. ABERCROMBIE, Appellant, v. BROWN & SECCOMB, a New York Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JAMES TRAVERS, as Administrator, etc., of PATRICK TRAVERS, Deceased, Appellant, v. THE YOUNG MEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Respondent, Impleaded with Another, Defendant.— Judgment unanimously reversed, with costs to the appellant, and a new trial ordered. Under the circumstances disclosed by the record, the question whether the individual defendant was acting within the scope of his employment at the time of the alleged assault was one of fact which should have been submitted to the jury. (Osipoff v. City of New York, 286 N. Y. 422, 431.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERICH NEUMANN and PAULINE NEUMANN, Appellants, v. CHARLES KUREK and FIGGE & HUTWELKER Co., Respondents.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [175 Misc. 238.]

## (May 4, 1942.)

MAX MARCIN, Respondent, v. HELEN LOSCH, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWARD C. HILMAN and TEMPLE H. NORROW, Respondents, v. JOHN H. AWTRY, Individually, and as Copartner Who Formerly Did Business with Plaintiffs under the Firm Name and Style of JOHN H. AWTRY & COMPANY, Now in Dissolution, Appellant.— Order, so far as appealed from, unanimously modified by reducing counsel fee to the sum of $500, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date and place of the examination to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.